Alfred W. Chilcott, Appellant, v. The Broadway Brewing and Malting Company, Impleaded with Henry F. Jerge, Special Deputy Commissioner of Excise for the County of Erie, Respondent.— Judgment affirmed, with costs. All concurred.

Elizabeth R. McGinn, Respondent, v. Margaret V. Lighthouse and Others, as Executors, etc., of John C. Lighthouse, Deceased, Appellants.— Judgment affirmed, with costs. All concurred.

Roscoe G. Norton, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Judgment affirmed, with costs. All concurred.

Edward Garvey, Respondent, v. Oldbury Electro-Chemical Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Hattie L. Austin, Respondent, v. Town of Rathbone, Appellant.— Judgment and order affirmed, with costs. All concurred.

Dorothy Brettle, an Infant, by Eva Brettle, Her Guardian ad Litem, Respondent, v. Frank C. Hibbard, Appellant.— Judgment and order affirmed, with costs. All concurred.

Forman & Zelter, Inc., Respondent, v. Charles T. Thatcher, Appellant.— Judgment affirmed, with costs. All concurred.

Margaret F. Welch, Respondent, v. Frontier File Company, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. All concurred.

The People of the State of New York, Respondent, v. Frank Griffin and John Walley, Appellants.— Judgment and order affirmed, with costs. All concurred.

Maverick-Clarke Litho Company, Appellant, v. Hayes Lithographing Company, Respondent.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

Elmer L. Mitzky, an Infant, etc., Appellant, v. Duffy-McInnerney Company, Respondent.— Motion granted and appeal dismissed, with costs.

Edgar T. Munger, Respondent, v. Lyndon D. Wood, Appellant.—Appeal dismissed, without costs, on stipulation filed.

In the Matter of the Application of the City of Buffalo, Appellant, to Acquire Lands in Fee Simple for the Purpose of Widening Grider Street, between Delavan Avenue and Kensington Avenue. Charles W. West, Individually and as Trustee under the Last Will and Testament of Charles E. West, Deceased, Appellant; The Ziegele Brewing Company, Respondent.— Order affirmed, without costs of this appeal to either party. Held, 1. That the appellant West is not entitled to substantial damages for the right of way. 2. That the Ziegele Brewing Company is not entitled to recover damages for the building as real estate, but only for the cost of moving and placing the same on adjoining premises. (See *Matter of City of New York* [*Hawkstone Street*], 137 App. Div. 630; affd., 199 N. Y. 567; *Matter of City of New York* [*Briggs Avenue*], 118 App. Div. 224.) All concurred.